UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DYNAMIC MOTION RIDES GMBH,
an Austrian company, and DYNAMIC
MOTION GROUP GMBH, an
Austrian company,

    Plaintiffs,

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS LTD, a limited
partnership, UNIVERSAL CITY
STUDIOS LLC, a limited liability
company, UNIVERSAL STUDIOS,
LLC, a limited liability company, and
PETERSEN INCORPORATED, a
Utah corporation,

    Defendants.
_____/

Case No. 6:21-cv-752-RBD-LHP

## JOINT NOTICE OF RESOLUTION

Plaintiffs, Dynamic Motion Rides GMBH and Dynamic Motion Group GMBH (collectively, "Plaintiffs"), and Defendants, Universal City Development Partners, Ltd.; Universal City Studios LLC; and Universal Studios, LLC (collectively, the "Universal Defendants"), by and through their respective undersigned counsel, hereby jointly notify the Court, pursuant to Local Rule 3.09(a) and Section VIII.C. of the Case Management and Scheduling Order dated June 30, 2021 (Doc. 26), that the parties have agreed to settle all

of the parties' claims and defenses in this case, subject to entry into a formal written agreement.

DATED this 28th day of March, 2023.

<div style="display: flex;">

*/s/ Clay M. Townsend*
**Clay M. Townsend, Esq.**
Florida Bar No. 363375
CTownsend@forthepeople.com
**Keith R. Mitnik, Esq.**
Florida Bar No. 436127
KMitnik@forthepeople.com
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue, Ste. 1600
Orlando, Florida 32801
Telephone:  (407) 418-2075
Facsimile:   (407) 245-3346

*Attorneys for Plaintiffs*

</div>

*/s/ Michael J. Beaudine*
**Michael J. Beaudine, Esq.**
Florida Bar No. 0772763
beaudine@lathamluna.com
**Christina Y. Taylor, Esq.**
Florida Bar No. 57616
ctaylor@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
201 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile:  (407) 481-5801

**Steven Lieberman, Esq.**
slieberman@rothwellfigg.com
**Jennifer B. Maisel, Esq.**
jmaisel@rothwellfigg.com
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
901 New York Avenue N.W.;
Suite 900
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile:  (202) 783-6031

*Attorneys for Universal Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve an electronic copy on all counsel of record.

*/s/ Michael J. Beaudine*
**Michael J. Beaudine, Esq.**